379 A.2d 607

Commonwealth v. Santana, Appellant.

Submitted October 8, 1976. Anthony Bateman and Nicholas Panarella, Jr., for appellant; Charles A. Klein, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.